IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MITCHELL PARKER, on behalf of
himself and those similarly situated,

      Plaintiff,

v.

ZEPOL COMMUNICATIONS, LLC, a
Limited Liability Company

      Defendant.
_____/

CIVIL ACTION
FILE NO.:  1:15-cv-01670-TCB

## PLAINTIFF'S NOTICE OF SETTLEMENT

  Plaintiff, MITCHELL PARKER, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendants in the above referenced matter. To that end, the Parties are finalizing the terms of their resolution and anticipate filing the appropriate dismissal documents with this Court within the next thirty (30) days.

    DATED this 13th day of July, 2015.

                                          **/s/ ANDREW FRISCH**
                                          Andrew R. Frisch, squire
                                          FL Bar No.:  27777
                                          MORGAN & MORGAN, P.A.
                                          600 N. Pine Island Road, Suite 400
                                          Plantation, FL 33324
                                          Tel: 954-318-0268

Fax: 954-327-3013
E-mail: afrisch@forthepeople.com

*Trial Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13th 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ ANDREW FRISCH
Andrew Frisch, Esquire

2