IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MITCHELL PARKER, on behalf of
himself and those similarly situated,

                                                        CIVIL ACTION
    Plaintiff,                                FILE NO.: 1:15-cv-01670-TCB

v.

ZEPOL COMMUNICATIONS, LLC, a
Limited Liability Company

    Defendant.
_____/

## ORDER

This matter is before the Court on the Parties' Joint Motion for Settlement Approval. Upon review of the proposed Settlement Agreement Release of Claims, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion for Settlement Approval is **GRANTED**.

2. The Parties' Settlement Agreement and Release of Claims is **APPROVED**.

3. The instant case is **DISMISSED WITH PREJUDICE** and upon entry of this Order, the Clerk of Court is directed to close this case.

4. This Court retains jurisdiction to enforce the terms of the Settlement Agreement and Release of Claims upon motion of either party.

1

IT IS SO ORDERED, this the 23rd day of July 2015.

_____
Honorable Timothy C. Batten, Sr.
United States District Judge